IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAVIER GUZMAN,

    Plaintiff,

      v.

COMPREHENSIVE TECHNICAL
GROUP, INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-2925-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 7] Counts II, III, IV, and V and the individual Defendants from Count I. The Court approves and adopts the Report and Recommendation as the judgment of the Court. It is also before the Court on the Report and Recommendation [Doc. 32] recommending denying the Defendants' Motion to Dismiss for Want of Prosecution [Doc. 20]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 7] is GRANTED. The Defendants' Motion to Dismiss [Doc. 20] is DENIED.

SO ORDERED, this 29 day of September, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge